IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:06CV67-K

| | |
|---|---|
| BESSIE NORRIS P/K/A ) <br> BETTY WRIGHT ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INFINITY BROADCASTING ) <br> CORPORATION, INC., ) <br> SHANNON MARSHALL AND ) <br> MILLION DOLLAR MANAGEMENT ) <br> Defendants. ) <br> _____ ) | <u>CONSENT ORDER</u> <br> <u>ALLOWING SUBSTITUTION</u> <br> <u>OF CBS RADIO HOLDINGS, INC.</u> <br> <u>AS DEFENDANT AND</u> <br> <u>DISMISSAL OF DEFENDANT</u> <br> <u>INFINITY BROADCASTING</u> <br> <u>CORPORATION, INC.</u> |

This cause coming on to be heard and being heard by the undersigned, with the consent of the parties, through her counsel, and it appearing to the Court:

1. That the Plaintiff mistakenly named Infinity Broadcasting Corporation, Inc. as a party Defendant in the Plaintiff's Complaint; and

2. That Infinity Broadcasting Corporation was served with a Summons and Complaint on January 18, 2006 by service on its registered agent, Corporation Service Company; and

3. That the parties consent and agree that CBS Radio Holdings, Inc. is the proper corporate Defendant in this case; and

4. That CBS Radio Holdings, Inc. agrees to submit to the jurisdiction of the United States District Court for the Western District of North Carolina, Charlotte

Division.

THEREFORE, IT IS ORDERED, by and with consent of the parties, that CBS Radio Holdings, Inc. be substituted as the Defendant for Infinity Broadcasting Corporation, Inc., that CBS Radio Holdings, Inc. is substituted for Infinity Broadcasting Corporation, Inc. in the style and body of the Complaint, that CBS Radio Holdings, Inc. is subject to the jurisdiction of this Court, that CBS Radio Holdings, Inc. has filed and served an Answer to the Complaint, and that Infinity Broadcasting Corporation, Inc. is dismissed as a Defendant in this case.

This the 19th day of April, 2006.

_____
Presiding Judge

We Consent:

_____
Ken Harris NC State Bar No.: 15904

_____
Rasheda Sanders
NC State Bar No.: 30423

Attorneys for Plaintiff

_____
Julie Theall
Attorney for Defendant
NC State Bar No. 13732