# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv67

| | |
|---|---|
| BESSIE NORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CBS RADIO HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte* to ascertain the status of the case.

The Pre-Trial Order and Case Management Plan [Doc. 11] entered in this matter on November 1, 2007, requires that mediation be conducted in this case and be concluded by August 10, 2008. Defense Counsel has informed the Court that this matter was settled in its entirety at the mediation. Based thereon the Court will require the parties to file the stipulation of dismissal within fifteen days.

**IT IS, THEREFORE, ORDERED** that the parties shall file their stipulation of dismissal in this matter on or before August 28, 2008.

Martin Reidinger
United States District Judge

Signed: August 13, 2008